**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BANCORP HOLDINGS**                                                                                      **PLAINTIFF**

VS.                                   CASE NO. 4:07CV-1113 JMM

**CITIGROUP GLOBAL MARKETS, INC.**
**D/B/A SMITH BARNEY**                                                                                **DEFENDANT**

**ORDER**

Pending before the Court are defendant's Motion to Dismiss First Amended Complaint and plaintiff's Motion to Substitute Party or Dismiss Without Prejudice. For the reasons stated below, defendant's motion is denied (#8) and plaintiff's motion is granted (#14).

Defendant bring their motion pursuant to Federal Rule of Civil Procedure 12(b)(6) contending that plaintiffs have failed to state a claim because plaintiff cannot purse tort claims assigned by a third party under Arkansas law and that the First Amended Complaint failed to allege fraud with specificity as required under Federal Rule of Civil Procedure 9(b).

Plaintiff seeks permission pursuant to Federal Rule of Civil Procedure to substitute the real party in interest, Heartland Community Bank and contends that allegations made in the First Amended Complaint are sufficient under Rule 9(b) to allege fraud.

Plaintiff's request to substitute Heartland Community Bank as the real party in interest is granted. *See* Federal Rule of Civil Procedure 17(a).

The Court has reviewed the complaint and finds that plaintiff has plead with specificity the elements of fraud as required under Federal Rule of Civil Procedure 9(b) as the complaint

gives specific examples of the circumstances giving rise to its fraud claim.

Plaintiff is directed to file conventionally with the Clerk of the Court an original and two copies of the amended complaint naming the real party in interest.

IT IS SO ORDERED THIS __8__ day of __February__, 2008.

_____
James M. Moody
United States District Judge