**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**HEARTLAND COMMUNITY BANK**                                    **PLAINTIFF**


**VS.**                    **CASE NO. 4:07CV01113 JMM**


**CITIGROUP GLOBAL MARKETS, INC**
**D/B/A SMITH BARNEY**                                    **DEFENDANT**

**ORDER**

For the reasons stated into the record at the pre-trial conference held on April 27, 2009,

plaintiff's Motion in Limine Regarding Collateral Source Issues is denied (#68), plaintiff's

Motion in Limine Regarding Comparative Fault is denied (#70), plaintiff's Motion in Limine

Regarding the Affirmative Defense of Scope of Employment is withdrawn (#71), and

defendant's Motion in Limine Regarding Mark Singer is granted (#69).

IT IS SO ORDERED THIS _ 27 _ day of _ April_, 2009.




_____
James M. Moody
United States District Judge